# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 27, 2025

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 24-50861   Hill v. Guerrero
                          USDC No. 6:24-CV-447

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Christina A. Gardner, Deputy Clerk
                      504-310-7684

cc w/encl:
    Mr. Douglas Eric Hill
    Mr. Edward Larry Marshall

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 24-50861
_____

Douglas Eric Hill,

*Petitioner—Appellant*,

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-447
_____

United States Court of Appeals
Fifth Circuit
**FILED**
February 27, 2025
Lyle W. Cayce
Clerk

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of February 27, 2025, for want of prosecution. The appellant failed to timely comply with certificate of appealability requirements.

No. 24-50861

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christina Gardner*

By: _____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT